Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLDWELL BANKER REAL ESTATE CORPORATION, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CBD REALTY, CORP., a California corporation doing business as COLDWELL BANKER DYNAMIC REALTY; HENRY MELENDEZ, an individual; JOEL OLIVAS, an individual doing business as COLDWELL BANKER DYNAMIC REALTY; and CITYWIDE ENTERPRISES, INC., a California corporation<br><br>　　　　　　Defendants. | Case No. EDCV07-00447 SGL (OPX)<br><br>**JUDGMENT** |

　　　　Based upon the Stipulation made and entered by and between Plaintiff Coldwell Banker Real Estate Corporation, a California corporation and Defendants CBD Realty Corp., a California corporation doing business as Coldwell Banker Dynamic Realty and Henry Melendez, it is hereby **ORDERED, ADJUDGED AND DECREED** that judgment be and is hereby entered in favor of Plaintiff Coldwell Banker Real Estate Corporation, a California corporation, and against

1  Defendants CBD Realty Corp., a California corporation doing business as
2  Coldwell Banker Dynamic Realty and Henry Melendez, an individual, jointly and
3  severally, in the total amount of $1,150,000.00, inclusive of attorneys' fees and
4  costs.

Date:__March 18, 2008

_____
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street
Suite 4900
Los Angeles, CA  90071

RLGY/1039870/5510766v.1

-2-
**JUDGMENT**
**CASE NO. EDCV07-447 SGL (OPx)**